# EXHIBIT 2

TECH

# I got caught cheating through Pokémon Go

By Sophia Rosenbaum     July 12, 2016 | 9:57am | Updated



Evan Scribner's girlfriend found out he been visiting his ex through Pokémon Go.
Christopher Sadowski; Facebook

Pokémon Go ruined my love life!

Evan Scribner claims he's now single after his girlfriend discovered he was "cheating" on her — thanks to the geolocation feature in the addicting scavenger hunt-style cellphone game.

Scribner told The Post his big mistake was playing the game after canoodling with an ex-girlfriend in Bushwick.

The mobile game leads players to virtual creatures located in the real-world, using a phone's mapping software to record where each Pokemon is captured.

And that means anyone snooping around a player's phone would be able to see his or her whereabouts at a given time.

"She saw that I had caught a Pokémon while at my ex's house," Scribner said.





TOP ARTICLES 1/5

There's a Pokemon in my restaurant, and business is booming



Robby Anderson unleashes Jets offense with epic moment »

And when the Sunnyside, Queens resident didn't have a good excuse as to why he was wandering around his ex's Brooklyn neighborhood, his gal pal said see you later Feraligatr.

"She found out last night at my house and hasn't contacted me since then," Scribner said.

Unlike Scribner, some players claim the game has given them lady luck.

"Pokemon Go is great for my mental health. I also got laid," @TruthHurtsCrown tweeted Monday.

"Pokemon go got me laid," @blaq_sav wrote.

The game, created by Niantic and the Pokémon Company, has re-induced Pokémania — a frenzy over the cute creatures that were originally created in the mid-'90s by Nintendo for the Game Boy console — throughout the world since it was released last week.

Since last Wednesday, Nintendo has already added $7.5 billion to its market value and increased its stock shares by 25 percent.

*People are playing Pokémon Go in extremely inappropriate places:*

FILED UNDER    BROOKLYN, CELL PHONES, CHEATING, POKEMON, POKEMON GO

Recommended by