IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRISTOPHER SADOWSKI,

              Plaintiff(s),

v.

ALPHA MEDIA LLC,

              Defendant(s).

Civil No. 03:19-cv-01646-JR

**ORDER**

As this court has denied Attorney Richard Liebowitz's Application for Special Admission Pro Hac Vice [11],

IT IS ORDERED that Plaintiff Christopher Sadowski shall advise the court by no later than 12/23/2019 as to his efforts in obtaining new counsel or otherwise advise if he intends to proceed pro se with his case. Plaintiff shall also notify the court on or before 12/23/2019 as to his current mailing address for notification purposes.

Dated this 21st day of November, 2019.

by _____
Jolie A. Russo
United States Magistrate Judge