**Susan Marmaduke, OSB 841458**
**susan.marmaduke@harrang.com**
HARRANG LONG GARY RUDNICK P.C.
1001 SW Fifth Avenue, 16th Floor
Portland, OR 97204
Telephone: 503-242-0000
Facsimile: 503-241-1458
Of Attorneys for Defendant ALPHA MEDIA LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CHRISTOPHER SADOWSKI,**<br><br>       Plaintiff,<br><br>vs.<br><br>**ALPHA MEDIA LLC,**<br><br>       Defendant. | Case No. 3:19-cv-01646-JR<br><br>**DECLARATION OF FLOYD B. CHAPMAN IN SUPPORT OF DEFENDANT ALPHA MEDIA LLC's ALTERNATIVE MOTIONS TO STRIKE OR TO DISMISS PLAINTIFF'S COMPLAINT** |

I, Floyd B. Chapman, declare as follows:

1.     I am counsel for Plaintiff Alpha Media LLC ("Alpha Media").

2.     On or about December 18, 2019, I conducted a LexisNexis® CourtLink® search to identify copyright-related cases in which Mr. Christopher Sadowski was represented by Richard Liebowitz, and the search identified 53 such cases.

Page 1 –  **DECLARATION OF FLOYD B. CHAPMAN IN SUPPORT OF DEFENDANT ALPHA MEDIA LLC's ALTERNATIVE MOTIONS TO STRIKE OR TO DISMISS PLAINTIFF'S COMPLAINT**

3.  Attached hereto as Exhibit 1 is a copy of the search results that were identified (53 cases are listed at pages 1-2) and a copy of the search criteria used to conduct the search (pages 3-5).

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 30th day of December, 2019.

*/s/ Floyd B. Chapman*

Floyd B. Chapman, Senior Counsel
Wiley Rein LLP

Page 2 – **DECLARATION OF FLOYD B. CHAPMAN IN SUPPORT OF DEFENDANT ALPHA MEDIA LLC's ALTERNATIVE MOTIONS TO STRIKE OR TO DISMISS PLAINTIFF'S COMPLAINT**



Exhibit 1

Page 1 of 5

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Sadowski V. Beasley Media Group, Inc. | | | | |
| ☐ U.S. District - New York Southern | 1:17cv6406 | Sadowski V. Bleacher Report, Inc. | Christopher Sadowski | 08/22/2017 | 10/26/2017 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| ☐ U.S. District - New York Southern | 1:17cv6310 | Sadowski V. Bravo Media Llc | Christopher Sadowski | 08/21/2017 | 11/27/2017 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| ☐ U.S. District - New York Southern | 1:18cv2574 | Sadowski V. Buzzworthy, Inc. | Christopher Sadowski | 03/22/2018 | 02/27/2019 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| ☐ U.S. District - New York Southern | 1:17cv9095 | Sadowski V. Childers Media Group Llc | Christopher Sadowski | 11/21/2017 | 01/17/2018 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| ☐ U.S. District - New York Southern | 1:17cv7069 | Sadowski V. Claire Entertainment Inc. | Christopher Sadowski | 09/18/2017 | 11/30/2017 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| ☐ U.S. District - New York Southern | 1:16cv2700 | Sadowski V. Complex Media, Inc. | Christopher Sadowski | 04/11/2016 | 10/30/2018 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| ☐ U.S. District - New York Southern | 1:16cv3453 | Sadowski V. Complex Media, Inc. | Christopher Sadowski | 05/09/2016 | 04/10/2019 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| ☐ U.S. District - New York Eastern | 1:17cv4265 | Sadowski V. Cox Media Group, Llc | Christopher Sadowski | 07/18/2017 | 07/19/2017 | Active | NOS: (820) Copyrights; Cause: Copyright Infringement |
| ☐ U.S. District - New York Eastern | 2:17cv4265 | Sadowski V. Cox Media Group, Llc | Christopher Sadowski | 07/18/2017 | 12/04/2017 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| ☐ U.S. District - Texas Northern | 4:18cv995 | Sadowski V. D.R. Horton Realty Of Georgia, Inc. | Christopher Sadowski | 12/17/2018 | 03/21/2019 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| ☐ U.S. District - New York Southern | 1:16cv7803 | Sadowski V. Entravision Communications Corporation | Christopher Sadowski | 10/06/2016 | 11/30/2016 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| ☐ U.S. District - New York Southern | 1:17cv1573 | Sadowski V. Entravision Communications Corproation | Christopher Sadowski | 03/02/2017 | 04/24/2017 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| ☐ U.S. District - New York Southern | 1:18cv3271 | Sadowski V. Gatehouse Media, Llc | Christopher Sadowski | 04/14/2018 | 03/28/2019 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| ☐ U.S. District - New York Southern | 1:16cv4178 | Sadowski V. Gawker Media Llc | Christopher Sadowski | 06/05/2016 | 10/03/2016 | Active | NOS: (820) Copyrights; Cause: Copyright Infringement |
| ☐ U.S. District - New York Southern | 1:16cv3238 | Sadowski V. Iheartmedia, Inc. | Christopher Sadowski | 05/01/2016 | 06/16/2016 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| ☐ U.S. District - New York Southern | 1:18cv1392 | Sadowski V. Jsn Global Media, Llc | Christopher Sadowski | 02/16/2018 | 05/08/2019 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| ☐ U.S. District - New York Eastern | 2:17cv2249 | Sadowski V. Jvc Broadcasting Corp. | Christopher Sadowski | 04/13/2017 | 08/15/2017 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| ☐ U.S. District - New York Southern | 1:16cv4179 | Sadowski V. Lifescript, Inc. | Christopher Sadowski | 06/06/2016 | 07/28/2016 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| ☐ U.S. District - New York Eastern | 1:18cv5966 | Sadowski V. Liftable Media, Inc. | Christopher Sadowski | 10/24/2018 | 01/17/2019 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| ☐ U.S. District - New York Southern | 1:16cv2701 | Sadowski V. Mediatakeout.Com Llc | Christopher Sadowski | 04/11/2016 | 06/30/2016 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| ☐ U.S. District - New York Southern | 1:16cv4393 | Sadowski V. New York Girl Style, Llc | Christopher Sadowski | 06/13/2016 | 05/31/2017 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| ☐ U.S. District - New York Southern | 1:16cv2698 | Sadowski V. Paper Communications, Inc. | Christopher Sadowski | 04/11/2016 | 07/08/2016 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| ☐ U.S. District - New York Southern | 1:17cv8338 | Sadowski V. Royce International Broadcasting Corporation | Christopher Sadowski | 10/29/2017 | 09/28/2018 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| ☐ U.S. District - New York Southern | 1:16cv6408 | Sadowski V. Townsquare Media, Inc. | Christopher Sadowski | 08/11/2016 | 11/30/2016 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| ☐ U.S. District - New York Southern | 1:16cv8301 | Sadowski V. Viacom International Inc. | Christopher Sadowski | 10/24/2016 | 01/27/2017 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| ☐ U.S. District - Indiana Southern | 1:18cv4033 | Sadowski V. Videoindiana Inc. | Christopher Sadowski | 12/26/2018 | 03/02/2019 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| ☐ U.S. District - Indiana Northern | 4:18cv82 | Sadowski V. Videoindiana Inc. | Christopher Sadowski | 11/01/2018 | 12/21/2018 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| ☐ U.S. District - New York Southern | 1:18cv5266 | Sadowski V. Whip Networks, Inc. | Christopher Sadowski | 06/11/2018 | 09/05/2018 | Closed | NOS: (820) Copyrights; Cause: Copyright Infringement |
| | | Items 1 to 53 of 53 | | | | |

Printer Friendly List
Email List
Customize List

[ Update Docket(s) ]    [ Email Docket(s) ]



Statute #  Info

☐ Search for possible statutes

Cause  Info

☐ View a list of possible causes

**Natures of Suit**

Select All  De-Select All

☐ **Bankruptcy**
☐ Appeal 28 USC 158 (422)
☐ Withdrawal 28 USC 157 (423)

☐ **Civil Rights**
☐ Americans with Disabilities - Employment (445)
☐ Americans with Disabilities - Other (446)
☐ Civil Rights - Education (448)
☐ Employment (442)
☐ Housing/Accommodations (443)
☐ Other Civil Rights (440)
☐ Voting (441)
☐ Welfare (444)

☐ **Contract**
☐ Franchise (196)
☐ Insurance (110)
☐ Judgments (150)
☐ Marine (120)
☐ Medicare Act (151)
☐ Miller Act (130)
☐ Negotiable Instrument (140)
☐ Other Contract (190)
☐ Product Liability (195)
☐ Stockholders' Suits (160)
☐ Student Loans (152)
☐ Veteran's Benefits (153)

☐ **Federal Tax Suits**
☐ IRS -- Third Party 26 USC 7609 (871)
☐ Taxes (870)

☐ **Forfeiture/Penalty**
☐ Agriculture (610)
☐ Airline Regs (650)
☐ Food & Drug (620)
☐ Forfeiture/Penalty (690)
☐ Liquor Laws (630)
☐ OSHA (660)
☐ R.R. & Truck (640)
☐ Seizure of Property (625)

☐ **Labor**
☐ ERISA (791)
☐ Fair Labor Standards Act (710)
☐ Labor - Family and Medical Leave Act (751)
☐ Labor Litigation (790)
☐ Labor/Management Relations (720)
☐ Railway Labor Act (740)
☐ Reporting & Disclosure Act (730)

☐ **Other Statutes**
☐ Agricultural Acts (891)
☐ Antitrust (410)
☐ Banking (430)
☐ Cable/Satellite TV (490)
☐ Commerce (450)
☐ Constitutionality (950)
☐ Consumer Credit (480)
☐ Customer Challenge (875)
☐ Deportation (460)
☐ Economic Stabilization Act (892)
☐ Energy (894)
☐ Environmental (893)
☐ Equal Access to Justice (900)
☐ False Claims Act (375)
☐ FOIA (895)
☐ Miscellaneous Cases (999)
☐ Naturalization (462)
☐ Other Immigration Actions (465)
☐ Other Statutes - Arbitration (896)
☐ Other Statutes: Administrative Procedures Act/Rev (899)
☐ Other Statutory Actions (890)
☐ RICO (470)
☐ Securities (850)
☐ Selective Service (810)
☐ State Reapportionment (400)

☐ **Personal Injury**
☐ Airplane (310)
☐ Airplane Product Liability (315)
☐ Asbestos (368)
☐ Assault, Libel & Slander (320)
☐ FELA (330)
☐ Marine (340)
☐ Marine Product Liability (345)
☐ Medical Malpractice (362)
☐ Motor Vehicle (350)
☐ Motor Vehicle Prod Liability (355)
☐ Personal Injury (360)
☐ Personal Injury: Health Care/Pharmaceutical Person (367)
☐ Product Liability (365)

☐ **Personal Property**
☐ Fraud (370)
☐ Personal Property (380)
☐ Product Liability (385)
☐ Truth in Lending (371)

☐ **Prisoner Petitions**
☐ Death Penalty (535)
☐ Habeas Corpus - Alien Detainee (463)
☐ Prisoner - Civil Rights (555)
☐ Prisoner - General (530)
☐ Prisoner - Mandamus (540)
☐ Prisoner - Other (550)
☐ Prisoner Petitions: Civil Detainee: Conditions (560)
☐ Vacate Sentence (510)

**Exhibit 1**

**Page 4 of 5**

⊟ **Property Rights**
☑ Copyrights (820)
☐ Patent (830)
☐ Patent - Abbreviated New Drug Application (ANDA) (835)
☐ Trademark (840)

☐ **Real Property**
☐ Foreclosure (220)
☐ Land Condemnation (210)
☐ Product Liability (245)
☐ Qui Tam (376)
☐ Real Property (290)
☐ Rent Lease & Ejectment (230)
☐ Torts to Land (240)

☐ **Social Security**
☐ Black Lung (923) (862)
☐ DIWC/DIWW (405(g)) (863)
☐ HIA (1395f) (861)
☐ RSI (405(g)) (865)
☐ SSID Title XVI (864)

**Key Word Search**   Info

Containing ALL of these words*

Containing ANY of these words

* Words must appear in a single proceeding entry.

The Fair Credit Reporting Act (15 U.S.C sec 1681) prohibits use of information from this file to determine a consumer's eligibility for credit or insurance for personal, family or household purposes, employment or a government license or benefit.

[ Next ]   [ Cancel ]

>> Step 3: Client Matter Code and Search Summary

LexisNexis® | About LexisNexis | Terms & Conditions | Pricing | Privacy | Customer Support - 1-888-311-1966 | Copyright © 2019 LexisNexis®. All rights reserved.

# CERTIFICATE OF SERVICE

I certify that on December 30, 2019, I served or caused to be served a true and complete copy of the foregoing **DECLARATION OF FLOYD B. CHAPMAN IN SUPPORT OF DEFENDANT ALPHA MEDIA LLC's ALTERNATIVE MOTIONS TO STRIKE OR TO DISMISS PLAINTIFF'S COMPLAINT** on the party or parties listed below as follows:

☑ Via CM / ECF Filing
☐ Via First Class Mail, Postage Prepaid
☐ Via Email
☐ Via Personal Delivery

Michael Owen Stevens, OSB 095198
Stevens & Legal
3699 NE John Olsen Ave
Hillsboro OR  97124
michael@hillsborofirm.com

Of Attorneys for Plaintiff

                                        HARRANG LONG GARY RUDNICK P.C.

                                        By: s/ Susan Marmaduke
                                            Susan Marmaduke, OSB 841458
                                            Of Attorneys for Defendant ALPHA MEDIA LLC