**Susan Marmaduke, OSB 841458**
**susan.marmaduke@harrang.com**
HARRANG LONG GARY RUDNICK P.C.
1050 SW 6th Avenue, Suite 1600
Portland, OR 97204
Telephone: 503-242-0000
Facsimile: 503-241-1458
Of Attorneys for Defendant ALPHA MEDIA LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CHRISTOPHER SADOWSKI,** | Case No. 3:19-cv-01646-JR |
| Plaintiff, | NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 42(a)(1)(A)(ii) |
| vs. | |
| **ALPHA MEDIA LLC,** | |
| Defendant. | |

It is hereby noticed that the parties have reached a settlement in the above case and that the case should be dismissed with prejudice, and with each side bearing its own costs and attorneys' fees.

*See next page for signature*

Page 1 - NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 42(a)(1)(A)(ii)

Dated ___1/10/19_____        STEVENS & LEGAL

                                                By    s/ Michael O. Stevens
                                                     Michael O. Stevens, OSB 095198
                                                     1915 NE Stucki Avenue, Suite 308
                                                     Hillsboro, OR  97006
                                                     Telephone:  971-533-6178
                                                     Michael@HillsboroFirm.com

                                              LIEBOWITZ LAW FIRM PLLC
                                              Rebecca Liebowitz, *pro hac vice*
                                              11 Sunrise Plaza, Suite 305
                                              Valley Stream, NY  11580
                                              Telephone:  516-233-1660
                                              Rebecca@LiebowitzLawFirm.com

                                              Of Attorneys for Plaintiff


Dated:      1/10/19            HARRANG LONG RUDNICK P.C.

                                                By    s/ Susan Marmaduke
                                                     Susan Marmaduke, OSB 841458
                                                     1050 SW 6th Avenue, Suite 1600
                                                     Portland, OR  97204
                                                     Telephone:  503-242-0000
                                                     susan.marmaduke@harrang.com

                                              Of Attorneys for Defendant