IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


CHRISTOPHER SADOWSKI,

                    Plaintiff(s),

          v.

ALPHA MEDIA LLC,

                    Defendant(s).

Civil No. 03:19-cv-01646-JR

**ORDER OF DISMISSAL**

Based on the parties' Stipulated Notice of Dismissal [23] filed 1/10/20,

IT IS ORDERED that this action is DISMISSED with prejudice and with each side bearing

its own costs and attorneys' fees.  Pending motions, if any, are DENIED AS MOOT.

Dated this 10th day of January, 2020.

by _____

Jolie A. Russo

United States Magistrate Judge